IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.  4:14-CR-00250-03-JM

JACQUELINE D MILLS

## ORDER

For the same reasons set out in the August 10, 2020 Order,[1] Defendant's Second Motion for Compassionate Release (Doc. No. 486) is DENIED.

IT IS SO ORDERED, this 9th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 466.